UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD FAYE,
*Plaintiff*

vs. : C.A. No.: 05-127L

VERIZON NEW ENGLAND INC., and
UNUMPROVIDENT CORPORATION, aka
UNUMPROVIDENT INSURANCE
*Defendants*

**DISMISSAL**

NOW COMES the Plaintiff, Richard Faye, and hereby dismisses the above referenced matter without prejudice. No answer has been filed by any of the named Defendants.

WHEREFORE, the Plaintiff, Richard Faye, hereby requests this Honorable Court to dismiss this matter without prejudice.

Granted:
Ronald R. Lagueux
Sr. USDJ 4/12/05

Plaintiff,
RICHARD FAYE,
By His Attorney,

[signature]

BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
401) 722-9900

CERTIFICATION

I hereby certify that on the 11th day of April 2005, I mailed a true copy of the within, postage prepaid, to Brooks Margatten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903; Mark Pogue, Esq., Edwards & Angell, 2800 Financial Plaza, Providence, RI 02903

[signature]

(5)